FORM VAN–AD011
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                                   Case No.: 4:15–bk–10691–BMW

   DANNY SAMUEL KNAPP                      Chapter: 7
*Debtor(s)*

---

   TRUDY A NOWAK                            Adversary No.: 4:17–ap–00547–BMW
*Plaintiff(s)*

v.

   HOME DEPOT USA, INC
    et al.
*Defendant(s)*

## ORDER RE: POTENTIAL DISMISSAL

☑    There having been no proceedings for 6 or more months in the above captioned adversary proceeding, IT IS ORDERED that the parties to this action file a request for a status hearing at which good cause must be shown why this adversary proceeding should not be dismissed for want of prosecution. Bankruptcy Rule 7041(b). Any request for a status hearing shall be filed no later than 21 days from the date of this order. If no such request is timely filed, this proceeding shall be dismissed for want of prosecution. If the clerk has entered a default, but no default judgment has been entered, an application for entry of default judgment and a form of judgment should be filed.

☐    No proof of service of the summons and complaint has been filed. Therefore, it appears that the plaintiff has failed to make service within 120 days after the filing of the complaint. IT IS ORDERED that the above−captioned adversary will be dismissed unless the plaintiff files a motion for an extension of time to make service setting forth good cause why service has not been made and submits a form of order granting the extension. Bankruptcy Rule 7004(m). The motion and form of order shall be submitted within 21 days of the date of this order.

☐    The above captioned adversary proceeding has been filed in a case which has been dismissed or closed. IT IS ORDERED that no further action will be taken until the case is reopened or reinstated. If a motion to reopen or to reinstate is not filed within thirty days of the date of this order, this adversary proceeding shall be dismissed.

**Date:** May 14, 2018                                   BY THE COURT

**Address of the Bankruptcy Clerk's Office:**         HONORABLE Brenda Moody Whinery
U.S. Bankruptcy Court, Arizona                       United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov