FORM VAN–AD010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 4:15–bk–10691–BMW

DANNY SAMUEL KNAPP  Chapter: 7
*Debtor(s)*

---

TRUDY A NOWAK  Adversary No.: 4:17–ap–00547–BMW
*Plaintiff(s)*

v.

HOME DEPOT USA, INC
et al.
*Defendant(s)*

## ORDER DISMISSING OR REMANDING ADVERSARY

- [ ] The plaintiff filing the complaint, or party filing a Notice of Removal, having failed to pay the filing fee as required by order of the court.
- [x] The parties having failed to timely file a motion to retain jurisdiction or a request for status hearing as required by order of the court.
- [ ] The plaintiff having failed to show good cause why service was not timely perfected as required by order of the court.
- [ ] After notice and hearing, the court finds that this adversary proceeding should be dismissed for failure to prosecute.
- [ ] The plaintiff having failed to timely file a motion to reopen the closed case or a motion to reinstate the dismissed case.
- [ ] The court having dismissed this matter at a hearing and there being no formal written order.
- [ ] The plaintiff having filed a motion to dismiss the adversary case.

IT IS ORDERED that the above–captioned adversary proceeding is dismissed. If this adversary proceeding was commenced by the filing of a Notice of Removal, the proceeding is remanded.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** June 19, 2018  BY THE COURT

**Address of the Bankruptcy Clerk's Office:**  HONORABLE Brenda Moody Whinery
U.S. Bankruptcy Court, Arizona  United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov